IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM STEPHEN LUSH, II,

           Plaintiff,

                                            Case No. 23-cv-380

    v.

MELANIE L. STIBICK, DEAN T. ANGER,
MICHELLE C. SCHWARTZ, and
DR. LESLIE H. GREENSPAN,

           Defendants.

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that this case has been removed to the United States District Court for the Western District of Wisconsin from the Circuit Court of Dane County, in the State of Wisconsin.

The United States of America, on behalf of Defendant Dr. Leslie H. Greenspan, pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), states the grounds for removal as follows:

    1.    A civil action was commenced in the Circuit Court for Dane County, Wisconsin, by Plaintiff William Stephen Lush, II against Defendants Melanie L. Stibick, Dean T. Anger, Michelle C. Schwartz, and Dr. Leslie H. Greenspan. That civil action has been designated as Dane County Case No. 23-CV-174.

    2.    A copy of the complaint filed in Dane County Case No. 23-CV-174 is attached as Exhibit A to this notice of removal.

3. At all times relevant to the allegations in the complaint, Dr. Leslie H. Greenspan (Dr. Greenspan) was an employee of the Department for Veterans Affairs, at William S. Middleton Memorial Veterans' Hospital. Thus, being a Federal employee at the time of the allegations giving rise to the suit, Dr. Greenspan is eligible for coverage under the Federal Tort Claims Act (FTCA).

4. Attached as Exhibit B is a Certification of the Scope of Employment, certified by the United States Attorney for the Western District of Wisconsin's designee[1], Leslie K. Herje, Civil Chief and Assistant United States Attorney for the Western District of Wisconsin, in which she certifies that Dr. Greenspan was acting within the scope of her employment with the VA during all times relevant to the allegations in the complaint.

5. The FTCA provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The Wisconsin law torts alleged in Plaintiff's complaint fall within this provision.

6. In accordance with federal law and a duly authorized certification of the scope of employment, pursuant to 28 U.S.C. § 2679(d)(2), this civil action, "shall be removed without bond at any time before trial by the Attorney General to the district

---

[1] Certification authority has been delegated to the United States Attorney for the district where the proceeding is brought. 28 C.F.R. § 15.4. And, under Justice Manual § 4-5.630 the authority has been delegated to the United States Attorney's Civil Chief.

2

court of the United States for the district and division embracing the place in which the action or proceeding is pending."

7. This notice of removal is being filed within the time permitted by 28 U.S.C. § 1446(b)(1). Defendant Dr. Greenspan received the complaint on May 8, 2023, making this notice timely.

8. A copy of this notice has been mailed to all parties and filed with the Dane County Clerk of Court.

Dated this 7th day of June, 2023.

                                      Respectfully submitted,

                                      TIMOTHY M. O'SHEA
                                      United States Attorney

                                      By:

                                      s/ *Albert Bianchi, Jr.*
                                      ALBERT BIANCHI, JR.
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of Wisconsin
                                      222 West Washington Avenue, Suite 700
                                      Madison, Wisconsin 53703
                                      Phone: (608) 264-5158