UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STEPHEN LUSH, )
    Plaintiff )
)    Case No. 3:23-cv-00380-wmc
v. )
)
LESLIE HERMAN GREENSPAN, )    Mtn. for Default Judgment
JORDAN MCGINNIS, )
    Defendants )

### PLAINTIFF STEPHEN LUSH'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Stephen Lush, notes based on the honorable court's order to hestiate in deciding whether or not a judgment is entered on the claim of $50,000 against Defendant LESLIE HERMAN GREENSPAN, and $25,400 against Defendant MICHELLE C. SCHWARTZ, of which the Madison Police Department still refuse to cite for false report in the first instance, under Wisconsin law, this court has no right to do anything but rule in Plaintiff's favor, now.

1. Plaintiff, Stephen Lush, personally served Defendant GREENSPAN, by mail and by driving to her workplace himself, to her receptionist. Forty-five (45) days later, as prescribed by law, Defendant LESLIE GREENSPAN failed to answer for her tort and violation of HIPAA. The hospital, neither.

2. Plaintiff, Stephen Lush, receiving nothing here but silence, moves so yet again, a last time. If he does not receive prompt remedy for an indisputable mechanism of law, he will appeal Judge William M. Conley for violation of due process. U.S. Const. amend. V., cl. 3. This complaint is too old for dismissal by any counsel or Defendant GREENSPAN on her own behalf, which she and Defendant SCHWARTZ were allowed, but can no longer. They chose someone else to answer, because they committed their torts, and have no defense. Federal Rule of Procedure 55, Default; Default Judgment. In fact, the torts are personal. The Federal Government shall not pay on behalf of Defendant GREENSPAN. If the U.S. Attorney tries to do so, Plaintiff will appeal this attempt to the Seventh Circuit. Defendant GREENSPAN did it in revenge, not at the VA hospital, and at Plaintiff's property manager's behest, for reasons yet to be explained, and Defendant MICHELLE C. SCHWARTZ is no a health care professional, she is disputably a property manager.

3. Denied by continued silence, unnecessary and unjust delay, Plaintiff warns the court he is seeking appeal promptly.

4. No justification exists. In fact, the allegation against Defendant GREENSPAN is a Federal crime, by which his office has been notified, and must prosecuted on Plaintiff Stephen Lush's behalf, or U.S. Attorney Timothy M. O'Shea is in present violation of the Equal Protection Clause, which guarantee the same laws apply to everyone. Judge William M. Conley has no judicial disability, at all. Plaintiff is simply deprived of due process, a deprivation of civil rights under 42 U.S.C. § 1983, but now under color of Federal law, by this undue and ridiculous delay.

5. Thus, Plaintiff shall appeal in one week, as this court tacitly refuses to render justice.

6. It is further noted, Plaintiff Stephen Lush received no response to a motion for a more definite statement as to why Defendant LESLIE H. GREENSPAN'S conduct, as well as Defendant MICHELLE C. SCHWARTZ'S, as she claims the City of Madison should pay for her vengeance, for sending police to Plaintiff's door to arrest, in response to be being sued civilly at her home, is not a personal. Thus, neither has a case.

Plaintiff moves for a default judgment in his favor. Defendant GREENSPAN is the primary party, and her time to answer ran out even before removal. The U.S. Attorney is in contempt. The evidence of the motion for default judgment and instruments showing service of process are entered into the court record, and will be very interesting to the Seventh, when they review U.S. Attorney Timothy O'Shea's interference in the execution of justice.

Dated: July 30th, 2023

_____
Stephen Lush
540 West Olin Avenue, Apt. 307
Madison, Wisconsin 53715
(608) 400-3240

P.S. Plaintiff has demanded injunction Atty. Kaiser be disbarred. Lush v. JLM, office of Lawyer Regulation, et al., Case No. 23-CV-1431 (Dane cty., Wis.).