IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN LUSH,

    Plaintiff,

v.

                                        Case No.  23-cv-380-wmc

MELANIE STIBICK, DEAN ANGER,
UNITED STATES OF AMERICA and
MICHELLE SCHWARTZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Stephen Lush's federal law claims against the United States of America without prejudice and remanding plaintiff's state law claims against Melanie Stibick, Dean Anger and Michelle Schwartz to state court.

| | |
|---|---|
| s/ Deputy Clerk | September 1, 2023 |
| Joel Turner, Clerk of Court | Date |